# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **GABRIELA MADRID,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:16-CV-00466-K** |
| | § | |
| **THE TRAVELERS HOME AND MARINE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL

Plaintiff Gabriela Madrid ("Plaintiff") and Defendant The Travelers Home and Marine Insurance Company ("Defendant") file this Stipulation of Dismissal:

1.      Plaintiff and Defendant have resolved all disputes between them and hereby stipulate that this civil action, including all claims and causes of action which were asserted by Plaintiff against Defendant should be dismissed with prejudice, with costs borne by the party incurring same.

2.      The parties hereto are, along with the filing of this Stipulation, submitting a proposed Agreed Order of Dismissal With Prejudice to the Court for entry.

Respectfully submitted,

*/s/ Patrick W. Powers*
MATTHEW J. WORRALL
Texas Bar No. 24070883
WILLIAM H. BARFIELD
Texas Bar No. 24031725
ANDREW A. WOELLNER
Texas Bar No. 60850
THE POTTS LAW FIRM, LLP
100 Waugh Drive, Suite 350
Houston, Texas 77007
(713) 963-8881 (Phone)
(713) 574-2938 (Fax)
mworrall@potts-law.com
wbarfield@potts-law.com
awoellner@potts-law.com

PATRICK W. POWERS
Texas Bar No.
POWERS TAYLOR
8150 North Central Expressway, Suite 1575
Dallas, Texas 75206
(214) 239-8900 (Phone)
(214) 239-8901 (Fax)
patrick@powerstaylor.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Alissa Puckett*
WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
apuckett@qslwm.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been furnished to all counsel of record electronically in accordance with the Federal Rules of Civil Procedure, this 17th day of June 2016.

*/s/ Alissa Puckett*

Wm. Lance Lewis /Alissa Puckett